UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                :          21-MC-642 (JMF)

IN RE RICHARD HANS GILLICH,      :

                                                               :             ORDER

                           Plaintiff.            :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 21, 2021, the Clerk of Court docketed a filing from Richard Hans Gillich, who is proceeding without counsel. To the extent that Gillich's submission seeks relief, it is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to mail a copy of this Order to Gillich.

SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                                      JESSE M. FURMAN
                                                     United States District Judge